AUSA

FILED
JAN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8063

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Ernesto VIRUET, Defendant. | Magistrate Case No.: COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about January 23, 2008, within the Southern District of California, defendant Ernesto VIRUET, did knowingly and intentionally import approximately 24.70 kilograms (54.34 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Hugo A. Leon, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, January 25, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Ernesto VIRUET

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to U. S. Immigration and Customs Enforcement Special Agent Hugo A. Leon.

On January 23, 2008, at approximately 1035 hours, Customs and Border Protection (CBP) Officer Jose Chavez was assigned to Vehicle Primary Lane five (5) of the Calexico, California West Port of Entry when a white 2000 Nissan Altima not bearing license plates approached for entry into the United States. Ernesto VIRUET, who was the driver and sole occupant of the Altima gave a negative Customs declaration to CBP Officer Chavez. CBP Officer Chavez noticed that VIRUET's hands were trembling as he presented his I-551 (Lawful Permanent Resident Alien card) entry document. CBP Officer Chavez conducted a cursory inspection of the Altima and noticed a discrepancy within the trunk area of the Altima. CBP Officer Chavez referred the Altima and VIRUET to the Vehicle Secondary Lot for further examination.

In the Vehicle Secondary Lot, CBP Officer Ramiro Castillo assumed responsibility of the Altima and VIRUET. CBP Officer Castillo asked CBP Canine Enforcement Officer Ramon Navarro to screen the Altima with his Narcotic-Human Detector Dog (NHDD). NHDD alerted to the trunk area of the Altima.

CBP Officer Castillo noticed an anomaly in the trunk area of the Altima and drilled producing a white, powdery substance, which field-tested positive for the indication of cocaine. A total of twenty-two (22) packages were removed from the Altima. The total weight was approximately 24.70 kilograms (54.34 pounds) of cocaine.